UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEAVER KEITH GAMBLE,

    Plaintiff,

vs.                                    Case No. 8:11-CV-2531-T-27EAJ

PINELLAS COUNTY PROPERTY APPRAISER, et al.,

    Defendants.
_____/

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 3) on Plaintiffs' first motion for leave to proceed *in forma pauperis* (Dkt. 2). The Magistrate recommends that the motion be denied without prejudice to Plaintiff filing an amended complaint and amended affidavit of indigency. Plaintiff commendably elected to file an amended complaint and amended affidavit, rather than objecting to the Magistrate's order.

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review. Plaintiffs' first motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED. This order does not address Plaintiff's amended *in forma pauperis* motion which was filed on November 21, 2011 (Dkt. 5) and shall have no effect on the resolution of that motion.

DONE AND ORDERED this 30th day of November, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: unrepresented parties