UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEAVER KEITH GAMBLE,

    Plaintiff,

vs.                                Case No. 8:11-CV-2531-T-27EAJ

PINELLAS COUNTY PROPERTY APPRAISER, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 10) which recommends that Plaintiff's amended motion for leave to proceed *in forma pauperis* (Dkt. 5) be denied. Rather than objecting to the Report and Recommendation, Plaintiff filed a second amended complaint (Dkt. 11), without obtaining leave of Court. Notwithstanding three opportunities, Plaintiff still has not filed a complaint which states a claim for relief. Accordingly, after careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, it is ORDERED that

    (1)    Plaintiff's amended motion for leave to proceed *in forma pauperis* (Dkt. 5) is denied.

    (2)    Plaintiff's amended complaint and his second amended complaint are dismissed without prejudice for failure to state a claim for relief.

    (3)    Plaintiff may refile his complaint in a separate case, so long as the complaint complies with the requirements of 28 U.S.C. § 1915 or is accompanied by the appropriate filing fee.

    (4)    In all other respects, the Report and Recommendation (Dkt. 10) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

(5)   The Clerk is directed to CLOSE this case.

**DONE AND ORDERED** this 3rd day of January, 2012.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to: unrepresented parties